**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CHRISTINA FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-023-JDK-KNM |
| | § | |
| THE LAW FIRM OF DEREK WILLIAMS, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Christina Flores initiated this lawsuit against Defendant The Law Firm of Derek Williams, LLC. Docket No. 1. Plaintiff brings claims under the Credit Repair Organizations Act, the Texas Credit Services Organizations Act, and the Texas Consumer Debt Management Services Act. Docket No. 11 ¶ 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action. Docket No. 23.

Plaintiff filed a Motion for Default Judgment against Defendant based on Defendant's willful choice not to enter in proceedings despite proper service. Docket No. 38. On August 12, 2026, Judge Mitchell issued a Report recommending that Plaintiff's motion for default judgment be granted in part and denied in part. Docket No. 46. No objections were filed, and the time for filing objections has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 46) as the findings of this Court. Plaintiff's Motion for Default Judgment is **GRANTED in part** and **DENIED in part**. Default judgment should be granted as to Plaintiff's substantive claims. Default judgment should also be granted as to Plaintiff's request for $5,622.00 in actual damages and $10,000.00 in punitive damages. However, default judgment should be denied as to Plaintiff's request for $4,387.50 in attorney's fees and $500.00 in costs. Instead, Plaintiff should be awarded $4,225.00 in attorney's fees and $405.00 in costs. Finally, Plaintiff should be awarded post-judgment interest on any money judgment she recovers, in accordance with 28 U.S.C. § 1961(a).

So **ORDERED** and **SIGNED** this **14th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE